# ELECTRONIC RECORD

772-15

COA #   01-13-00920-CR          OFFENSE:   2 (Poss w/Intent Deliver Controlled Substance)

STYLE:   Lydell Anton Jones v. The State of Texas          COUNTY:   Montgomery

COA DISPOSITION:     AFFIRM          TRIAL COURT:   221st District Court

DATE: 03/31/2015          Publish: YES   TC CASE #:     12-09-09812 CR

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Lydell Anton Jones v. The State of Texas          CCA #:   772-15

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____REFUSED_____          JUDGE:   _____

DATE: __11/18/2015__          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS:   _____

JUDGE: _____

**ELECTRONIC RECORD**